UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**PROGRESSIVE CASUALTY INSURANCE COMPANY,**

   Plaintiff,

v.                       No. 4:23-CV-00193-P

**DANIEL F. JOHNSON,**

   Defendant.

### ORDER

This judgment is issued pursuant to FED. R. CIV. P. 58(a). This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is **ORDERED** that this suit is **DISMISSED**. The Clerk shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **28th day of February 2023.**

*[Signature]*

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE